IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADVANCED TECHNOLOGY BUILDING
SOLUTIONS, LLC, et al.                                              PLAINTIFFS

VS.                                                    CAUSE NO: 3:12cv389-LG-JCG

THE CITY OF JACKSON, MISSISSIPPI, et al.                            DEFENDANTS

## CITY OF JACKSON, MISSISSIPPI DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Sponsor | ID | Evidence |
|---|---|---|---|---|
| D-COJ-0001 | Memorandum of Understanding dated December 28, 2011 (JRA-0014284-88) | stipulated | | 9/29/2014 |
| D-COJ-0002 | Oppenheimer letter to Don Hewitt dated October 21, 2011 (Hewitt 001066-68) | stipulated | | 9/29/2014 |
| D-COJ-0003 | Letter from Alveno Castilla to Jason Brookins dated March 15, 2012 (JRA-0004584-94) | stipulated | | 9/29/2014 |
| D-COJ-0004 | E-mail from Kathy Gelston to Don Hewitt dated July 11, 2011 (HEWITT 001074) | stipulated | | 9/29/2014 |
| D-COJ-0005 | Letter from MDAH to Michael Boerner dated July 25, 2011 (JRA-0004593) | stipulated | | 9/29/2014 |
| D-COJ-0006 | Letter from National Park Service to Don Hewitt dated August 2, 2011 (HEWITT 001076 - 78) | stipulated | | 9/29/2014 |
| D-COJ-0007 | Don Hewitt documents re: Deposit Guaranty Building Operating Pro Forma (HEWITT 002482 - 2506) | stipulated | | 9/29/2014 |
| D-COJ-0008 | ATBS Executive Summary re: 200 East Capitol Building dated January 2011 (HEWITT 001026 - 36) | stipulated | | 9/29/2014 |
| D-COJ-0009 | ATBS Deposit Guaranty Building documents dated February 21, 2012 (HEWITT 002714 - 25) | stipulated | | 9/29/2014 |
| D-COJ-0010 | CBRE Brochure on capabilities (HEWITT 002507 - 20) | stipulated | | 9/29/2014 |
| D-COJ-0011 | Plaintiffs' Responses to Interrogatories dated August 19, 2013 | Withdrawn entered as ID | 10/1/2014 | |
| D-COJ-0012 | FHA Insured Loan Estimate and Supporting Documentation re: 200 East Capitol Building (HEWITT 000104 - 127) | stipulated | | 9/29/2014 |
| D-COJ-0013 | Letter from Samuel Deal to ATBS re NMTC Financing – 200 E. Capitol Street Project dated June 9, 2011 (HEWITT 001079) | stipulated | | 9/29/2014 |

| | | | | |
|---|---|---|---|---|
| D-COJ-0014 | New Market Tax Credit Solicitation by ATBS for $15MM re: 200 East Capitol Building (HEWITT 001080 - 86) | stipulated | | 9/29/2014 |
| D-COJ-0015 | 2/16/11 E-mail string between Johnny Lamberson and Don Hewitt re Regions – Jackson (HEWITT 001270 - 75) | stipulated | | 9/29/2014 |
| D-COJ-0016 | 2/22/11 E-mail string between Johnny Lamberson and Don Hewitt re Regions (HEWITT 002311 - 16) | stipulated | | 9/29/2014 |
| D-COJ-0017 | 2/23/11 E-mail from Johnny Lamberson to Herb Irvin and Don Hewitt re Hertz One Jackson – ATBS Purchase and Sale Agreement for 200 E. Capitol Street (HEWITT 002281 - 82) | stipulated | | 9/29/2014 |
| D-COJ-0018 | 2/24/11 E-mail string between Johnny Lamberson, Herb Irvin and Don Hewitt re Hertz One Jackson – ATBS Purchase and Sale Agreement for 200 E. Capitol Street (HEWITT 002279 - 80) | stipulated | | 9/29/2014 |
| D-COJ-0019 | 2/28/11 E-mail string between Johnny Lamberson, Herb Irvin and Don Hewitt re Hertz One Jackson – ATBS Purchase and Sale Agreement for 200 E. Capitol Street (HEWITT 002256 - 58) | stipulated | | 9/29/2014 |
| D-COJ-0020 | 3/1/11 E-mail string between Johnny Lamberson, Herb Irvin and Don Hewitt re Hertz One Jackson – ATBS Purchase and Sale Agreement for 200 E. Capitol Street (HEWITT 002253 - 55) | stipulated | | 9/29/2014 |
| D-COJ-0021 | 3/10/11 E-mail string between Michael Boerner, Don Hewitt and Herb Irvin re Regions (HEWITT 001253 - 55) | stipulated | | 9/29/2014 |
| D-COJ-0022 | 3/11/11 E-mail string between Michael Boerner, Don Hewitt and Herb Irvin re Regions (HEWITT 002236 - 37) | stipulated | | 9/29/2014 |
| D-COJ-0023 | 3/14/11 E-mail from Johnny Lamberson to Herb Irvin and Don Hewitt forwarding e-mail from Hertz re Option Agreement – Executed (HEWITT 002221 - 22) | stipulated | | 9/29/2014 |
| D-COJ-0024 | 3/16/11 E-mail from Melissa Russell to Don Hewitt and Herb Irvin re Regions Building, Jackson, MS – Due Diligence Materials (HEWITT 001247 - 48) | stipulated | | 9/29/2014 |
| D-COJ-0025 | 3/23/11 E-mail string between Richard Cawthon and Don Hewitt re Invoice for consultation about the Old Deposit Guaranty Building (HEWITT 002559 - 60) | stipulated | | 9/29/2014 |
| D-COJ-0026 | 3/30/11 E-mail string between Michael Boerner, Don Hewitt and Herb Irvin re 200 E. Capitol St. Contract for Review (HEWITT | stipulated | | 9/29/2014 |

| | | | | |
|---|---|---|---|---|
| | 002456 - 58) | | | |
| D-COJ-0027 | 4/2/11 E-mail from Michael Boerner to Don Hewitt and Herb Irvin re; 200 E. Capitol Invoices / Contract (HEWITT 002455) | stipulated | | 9/29/2014 |
| D-COJ-0028 | 4/5/11 E-mail string between Johnny Lamberson, Don Hewitt and Herb Irvin re Don't forget me. (HEWITT 002210 - 13) | stipulated | | 9/29/2014 |
| D-COJ-0029 | 4/15/11 E-mail string between Bob Moss, Don Hewitt and Herb Irvin re 200 East Capitol (HEWITT 001467 - 71) | stipulated | | 9/29/2014 |
| D-COJ-0030 | 4/19/11 E-mail string between Larry Richardson and Don Hewitt re 200 East Capitol Street (HEWITT 002418 - 21) | stipulated | | 9/29/2014 |
| D-COJ-0031 | 4/21/11 E-mail from Johnny Lamberson to Don Hewitt and Herb Irvin re Regions Building (HEWITT 002205) | stipulated | | 9/29/2014 |
| D-COJ-0032 | 4/21/11 E-mail string between Johnny Lamberson, Don Hewitt and Herb Irvin re Regions Building (HEWITT 002196-2199) | stipulated | | 9/29/2014 |
| D-COJ-0033 | 4/26/11 E-mail from Johnny Lamberson to Don Hewitt forwarding e-mail Hertz re Regions Bank Building Jackson (HEWITT 002181 - 82) | stipulated | | 9/29/2014 |
| D-COJ-0034 | 4/29/11 E-mail string between Bob Moss, Don Hewitt and Herb Irvin re 200 East Capitol (HEWITT 001460 - 66) | stipulated | | 9/29/2014 |
| D-COJ-0035 | 5/1/11 E-mail string between Isaac Brown and Don Hewitt re Supportive Incentive Letter (HEWITT 00001540 - 41) | stipulated | | 9/29/2014 |
| D-COJ-0036 | 5/2/11 E-mail string between Johnny Lamberson, Don Hewitt and Herb Irvin re Hertz Proposal (HEWITT 002142) | stipulated | | 9/29/2014 |
| D-COJ-0037 | 5/2/11 E-mail string between Johnny Lamberson, Don Hewitt and Herb Irvin re Hertz Proposal (HEWITT 002140 - 41) | stipulated | | 9/29/2014 |
| D-COJ-0038 | 5/3/11 E-mail string between Johnny Lamberson, Don Hewitt and Herb Irvin re Hertz Proposal (HEWITT 002137 - 39) | stipulated | | 9/29/2014 |
| D-COJ-0039 | 7/11/11 E-mail from Kathy Gelston with MDA to Don Hewitt re GO Zone allocations (HEWITT 000712 - 13) | stipulated | | 9/29/2014 |
| D-COJ-0040 | 7/27/11 E-mail from Herb Irvin to Don Hewitt re Zach's Analysis of Bonds Issued by MBFC vs COJ (HEWITT 000656 - 57) | stipulated | | 9/29/2014 |
| D-COJ-0041 | 8/8/11 E-mail from Don Hewitt to Sam Deal and Bob Jenkins re 200 East Capitol Update (HEWITT 000244 - 45) | stipulated | | 9/29/2014 |
| D-COJ-0042 | 9/7/11 E-mail from Don Hewitt to Deuce McAllister re 200 East Capitol Project (HEWITT 000232) | stipulated | | 9/29/2014 |

| | | | | |
|---|---|---|---|---|
| D-COJ-0043 | 9/30/11 E-mail from Don Hewitt to Herb Irvin re 200 East Capitol Project (HEWITT 000229) | stipulated | | 9/29/2014 |
| D-COJ-0044 | 10/5/11 E-mail from Michael Boerner to Herb Irvin and Don Hewitt re 200 E. Capitol St. Update..? (HEWITT 000225) | stipulated | | 9/29/2014 |
| D-COJ-0045 | 10/25/11 E-mail from Jason Brookins to Steve Rogers, Don Hewitt and Herb Irvin re City Centre (HEWITT 000654) | stipulated | | 9/29/2014 |
| D-COJ-0046 | 1/1/11 E-mail from Jason Brookins to Don Hewitt and Herb Irvin re FSG bond request (HEWITT 000653) | stipulated | | 9/29/2014 |
| D-COJ-0047 | 5/21/12 E-mail from Herb Irvin to Don Hewitt forwarding e-mail from Jason Brookins re Project Committee Meeting Friday, December 2, 2011 (HEWITT 000467 - 69) | stipulated | | 9/29/2014 |
| D-COJ-0048 | 12/12/11 E-mail from Jason Brookins to Don Hewitt and Herb Irvin forwarding Project Amendment from Tony Gaylor (HEWITT 000636 - 37) | stipulated | | 9/29/2014 |
| D-COJ-0049 | 12/15/11 E-mail from Alveno Castilla to Tony Gaylor, Jason Brookins, Don Hewitt and Herb Irvin re Further Revised MOU/Term Sheet for 200 E. Capitol (HEWITT 000635) | stipulated | | 9/29/2014 |
| D-COJ-0050 | 12/21/11 E-mail from Johnny Lamberson to Don Hewitt and Herb Irvin re Term Sheet/MOU (HEWITT 000625 - 29) | stipulated | | 9/29/2014 |
| D-COJ-0051 | 12/21/11 E-mail from Johnny Lamberson to Don Hewitt and Herb Irvin re Term Sheet/MOU (HEWITT 000619 - 24) | stipulated | | 9/29/2014 |
| D-COJ-0052 | 12/29/11 E-mail from Alveno Castilla to John Forbess, Herb Irvin, Don Hewitt and Johnny Lamberson re Term Sheet/MOU (HEWITT 0000614 - 18) | stipulated | | 9/29/2014 |
| D-COJ-0053 | 12/30/11 E-mail from Johnny Lamberson to Herb Irvin and Don Hewitt re Term Sheet/MOU (HEWITT 000604 - 11) | stipulated | | 9/29/2014 |
| D-COJ-0054 | 4/6/12 E-mail from Don Hewitt to Herb Irvin forwarding e-mail from Jason Brookins re 200 E. Capitol St. Project (HEWITT 000486 - 88) | stipulated | | 9/29/2014 |
| D-COJ-0055 | 3/19/12 E-mail string between Jason Brookins, Tony Gaylor, Alveno Castilla, Don Hewitt, Herb Irvin, Brian Fenelon and Penny Brown re 200 E. Capitol St. Project (HEWITT 000513 - 14) | stipulated | | 9/29/2014 |
| D-COJ-0056 | 3/19/12 E-mail string between Jason Brookins, Tony Gaylor, Alveno Castilla, | stipulated | | 9/29/2014 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Don Hewitt, Herb Irvin, Brian Fenelon and Penny Brown re 200 E. Capitol St. Project (HEWITT 000508 - 10) | stipulated |  | 9/29/2014 |
| D-COJ-0057 | 3/30/12 E-mail from Alveno Castilla to Don Hewitt and Herb Irvin forwarding response from Mayor (HEWITT 000500 -02) | stipulated |  | 9/29/2014 |
| D-COJ-0058 | 2/2/12 E-mail from Herb Irvin to Gary Horwitz, Don Hewitt, Johnny Lamberson, Alveno Castilla and Jason Brookings re 200 East Capitol Street Project-Update (HEWITT 000571 - 73) | stipulated |  | 9/29/2014 |
| D-COJ-0059 | 3/31/12 E-mail from Alveno Castilla to Don Hewitt and Herb Irvin forwarding e-mail from Jason Brookins re Follow-up on 200 E. Capitol St. Project (HEWITT 000493 - 96) | stipulated |  | 9/29/2014 |
| D-COJ-0060 | 3/31/12 E-mail from Herb Irvin to Alveno Castilla and Don Hewitt re e-mail from Jason Brookins re Follow-up on 200 E. Capitol St. Project (HEWITT 000489 - 92) | stipulated |  | 9/29/2014 |
| D-COJ-0061 | 3/1/12 E-mail string between Tony Gaylor, Don Hewitt, Jason Brookins, Alveno Castilla and Herb Irvin re 200 East Capitol (HEWITT 002737) | stipulated |  | 9/29/2014 |
| D-COJ-0062 | 2/27/12 E-mail string between Edward Norwood, Jr., Don Hewitt, Alveno Castilla and Herb Irvin re Breakdown on Funds (HEWITT 001647 – 49) | stipulated |  | 9/29/2014 |
| D-COJ-0063 | 2/14/12 E-mail from Edward Norwood, Jr. to Don Hewitt re Follow up questions (HEWITT 001652 - 53) | stipulated |  | 9/29/2014 |
| D-COJ-0064 | 5/7/12 E-mail string between Johnny Lamberson, Don Hewitt and Herb Irvin re ATBS Update (HEWITT 002070 - 71) | stipulated |  | 9/29/2014 |
| D-COJ-0065 | Economic Feasibility Study prepared by JSU re: 200 East Capitol Building (HEWITT 000248 - 82) | stipulated |  | 9/29/2014 |
| D-COJ-0066 | Memorandum of Understanding dated December 28, 2011 with handwritten notes (JRA 004497 – 4501) | stipulated |  | 9/29/2014 |
| D-COJ-0067 | ATBS Deposit Guaranty Building project overview dated January 2, 2012 with handwritten notes (JRA 004502 – 09) | stipulated |  | 9/29/2014 |
| D-COJ-0068 | ATBS Deposit Guaranty Building documents dated February 21, 2012 (HEWITT 000801 - 08) | stipulated |  | 9/29/2014 |
| D-COJ-0069 | Urban Renewal Zone Amendment No. 10 (HEWITT 000018 - 25) | stipulated |  | 9/29/2014 |
| D-COJ-0070 | Option Agreement between ATBS and Hertz, including all amendments | stipulated |  | 9/29/2014 |
| D-COJ- | Plaintiff's Responses to JRA Second Set of | not offered |  |  |

| ID | Description | Status | | Date |
|---|---|---|---|---|
| 0071 | Interrogatories and request for Production dated August 30, 2013 | | | |
| D-COJ-0072 | May 7, 2012 Emails between Johnny Lamberson and Don Hewitt re: ATBS update (HEWITT 002070 - 71) | stipulated | | 9/29/2014 |
| D-COJ-0073 | 3/17/12 Email from Tony Gaylor to Alveno Castilla re: Updated Proposal from ATBS (HEWITT 002082) | stipulated | | 9/29/2014 |
| D-COJ-0074 | 3/19/12 email string between Alveno Castilla and Jason Brookins re: 200 E. Capitol St. Project (JRA 0014335 - 37) | stipulated | | 9/29/2014 |
| D-COJ-0075 | 3/9/12 email string between Alveno Castilla and Jason Brookins re: Request for Information (JRA 0014306 - 07) | stipulated | | 9/29/2014 |
| D-COJ-0076 | 3/9/12 email from Jason Brookins to Alveno Castilla with attached letter re: Request for Information (JRA 0014311 - 12) | stipulated | | 9/29/2014 |
| D-COJ-0077 | 2/14/12 email from Jason Brookins to Brian Fenelon, Beau Whittington and Greg Green with attachment re: Addition to finance committee meeting agenda (JRA 0014313 - 21) | stipulated | | 9/29/2014 |
| D-COJ-0078 | 3/15/12 email from Alveno Castilla to Jason Brookins with attached letter re: signed response to 3/9/12 Request for Info (JRA 0014327 - 29) | stipulated | | 9/29/2014 |
| D-COJ-0079 | 3/19/12 email string between Jason Brookins, Tony Gaylor and Alveno Castilla re: 200 E. Capitol St. Project (JRA 0014333 - 34) | stipulated | | 9/29/2014 |
| D-COJ-0080 | 4/30/12 Notice of Claim | not offered | | |
| D-COJ-0081 | 3/9/12 letter from Jason Brookins to Alveno Castilla re: ATBS Request Related to the Development of 200 East Capitol Street Project (JRA 0004583) | stipulated | | 9/29/2014 |
| D-COJ-0082 | 3/15/12 letter from Alveno Castilla to Jason Brookins re: ATBS Request Related to the Development of 200 East Capitol Street Project (JRA 0004584 - 94) | stipulated | | 9/29/2014 |
| D-COJ-0083 | JRA Meeting Minutes dated 12/28/11 (JRA 0001662 - 83) | stipulated | | 9/29/2014 |
| D-COJ-0084 | JRA Meeting Minutes dated January 25, 2012 (JRA 0001721 - 27) | stipulated | | 9/29/2014 |
| D-COJ-0085 | JRA Meeting Minutes dated February 22, 2012 (JRA 0001741 - 47) | stipulated | | 9/29/2014 |
| D-COJ-0086 | JRA Meeting Minutes dated March 28, 2012 (JRA 0001868 - 74) | stipulated | | 9/29/2014 |
| D-COJ-0087 | JRA Meeting Minutes dated August 24, 2011 (JRA 0001322 - 27) | stipulated | | 9/29/2014 |

| | | | | |
|---|---|---|---|---|
| D-COJ-0088 | JRA Meeting Minutes dated September 28, 2011 (JRA 0001376 - 81) | stipulated | | 9/29/2014 |
| D-COJ-0089 | JRA Meeting Minutes dated October 26, 2011 (JRA 0001432 - 37) | stipulated | | 9/29/2014 |
| D-COJ-0090 | Order Urban Renewal Amendment #10 (HEWITT 000002 – 17) | stipulated | | 9/29/2014 |
| D-COJ-0091 | 3/7/12 E-mail string between Tony Gaylor, Alveno Castilla and Jason Brookins re Updated Proposal from ATBS (HEWITT 002082) | stipulated | | 9/29/2014 |
| D-COJ-0092 | 3/8/12 E-mail string from Johnny Lamberson to Don Hewitt and Herb Irvin re Updated Proposal from ATBS (HEWITT 002081-83)) | stipulated | | 9/29/2014 |
| D-COJ-0093 | 3/8/12 E-mail string between Tony Gaylor, Alveno Castilla, Jason Brookins, Don Hewitt, Herb Irvin and Brian Fenelon re Updated Proposal from ATBS (HEWITT 002726) | stipulated | | 9/29/2014 |
| D-COJ-0094 | 5/12/12 E-mail from Herb Irvin to Don Hewitt forwarding e-mail from Tony Gaylor re 200 E. Capitol St. Project (HEWITT 000481 - 82) | stipulated | | 9/29/2014 |
| D-COJ-0095 | 3/29/12 E-mail from Alveno Castilla to Mayor Johnson re Response to your letter of 3/9/2012 (HEWITT 000503) | stipulated | | 9/29/2014 |
| D-COJ-0096 | ATBS Proposal to COJ for a Mixed-Use Development on State Street dated August 12, 2009 (JRA-0005260 – 81) | stipulated | | 9/29/2014 |
| D-COJ-0097 | JRA Meeting Minutes dated November 11, 2009 (JRA-0000307 – 54) | stipulated | | 9/29/2014 |
| D-COJ-0098 | Report of Steven G. Rogers | | | |
| D-COJ-099 | Special Meeting of JRA Minutes November 11, 2009 -for Urban Renewal Projects | stipulated | | 9/29/2014 |
| D-COJ-0100 | Plaintiff's Interrogatory Responses | not offered | | |
| D-COJ-0101 | Plaintiff's Notice of claim | not offered | | |
| D-COJ-0102 | Plaintiff's First Amended Complaint | not offered | | |
| D-COJ-0103 | 12/15/2012 E-mail from Alveno Castilla (HEWITT 000463 - 463) | stipulated | | 9/29/2014 |
| D-COJ-0104 | 11/30/2012 E-mail from Jason Brookins to Alveno Castilla (HEWITT 000467 - 469) | stipulated | | 9/29/2014 |
| D-COJ-0105 | 3/8/2012 E-mail between Tony Gaylor and Alveno Castilla (HEWITT 000478 - 482) | stipulated | | 9/29/2014 |
| D-COJ-0106 | 3/30/2012 E-mail from Jason Brookins to Alveno Castilla (HEWITT 000489 - 492) | stipulated | | 9/29/2014 |
| D-COJ- | 3/22/2012 E-mail from Alveno Castilla to | stipulated | | 9/29/2014 |

| | | | | |
|---|---|---|---|---|
| 0107 | Jason Brookins (HEWITT 000505) | stipulated | | 9/29/2014 |
| D-COJ-0108 | E-mail from Alveno Castilla (HEWITT 000508) | stipulated | | 9/29/2014 |
| D-COJ-0109 | 3/13/2012 E-mail between Don Hewitt and Johnny Lamberson (HEWITT 000529 - 531) | stipulated | | 9/29/2014 |
| D-COJ-0110 | E-mail between Jason Brookins and Alveno Castilla (HEWITT 000544 - 546) | stipulated | | 9/29/2014 |
| D-COJ-0111 | 3/2/2012 E-mail from herb Irvin to Jason Brookins (HEWITT 000565 - 566) | stipulated | | 9/29/2014 |
| D-COJ-0112 | 3/9/2012 Letter from Alveno Castillo (HEWITT 1404) | stipulated | | 9/29/2014 |
| D-COJ-0113 | 3/1/2012 E-mail from Johnny Lamberson to Don Hewitt (HEWITT 002090 - 002091) | stipulated | | 9/29/2014 |
| D-COJ-0114 | Letter dated 4/12/2012 re: MOU as to Iron Horse | | 10/1/2014 | |