IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADVANCED TECHNOLOGY BUILDING
SOLUTIONS, LLC, and DONALD HEWITT                          PLAINTIFFS

v.                                          CAUSE NO. 3:12CV389-LG-JCG

CITY OF JACKSON, MISSISSIPPI                                 DEFENDANT

## ORDER DISMISSING CERTAIN DEFENDANTS

The plaintiffs and the Jackson Redevelopment Authority defendants have agreed to and announced to the Court a settlement of the plaintiffs' claims against the following defendants: Jackson Redevelopment Authority, Jason Brookins in his Official Capacity, Ronnie Crudup in His Official Capacity, Brian Fenelon in His Official and Individual Capacities, and H. A. "Beau" Whittington, Jr., in His Official and Individual Capacities. The Court, being advised that these parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, finds that the plaintiffs' claims should be dismissed against these defendants pursuant to the agreement of the parties.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiffs' claims against Jackson Redevelopment Authority, Jason Brookins in his Official Capacity, Ronnie Crudup in His Official Capacity, Brian Fenelon in His Official and Individual Capacities, and H. A. "Beau" Whittington, Jr., in His Official and Individual Capacities are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 2nd day of October, 2014.

                                                                s/ *Louis Guirola, Jr.*
                                                                Louis Guirola, Jr.
                                                                Chief United States District Judge