IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADVANCED TECHNOLOGY BUILDING
SOLUTIONS, LLC, and DONALD HEWITT            PLAINTIFFS

v.                                           CAUSE NO. 3:12CV389-LG-JCG

CITY OF JACKSON, MISSISSIPPI                 DEFENDANT

VERDICT FORM

1. Do you find that the plaintiffs, Advanced Technology Building Solutions, LLC, and Donald Hewitt, have proved by a preponderance of the evidence that the City of Jackson committed an adverse action by delaying funding for the plaintiffs' project?

    ___✓___ Yes              _____ No

If you answered "yes" to Question 1, please answer Question 2. If you answered "no," please proceed to page 3 of the verdict form.

2. Do you find that the plaintiffs, Advanced Technology Building Solutions, LLC, and Donald Hewitt, have proved by a preponderance of the evidence that the City of Jackson, Mississippi, would not have delayed funding for the plaintiffs' project but for the plaintiffs' speech?

    ___✓___ Yes              _____ No

If you answered "yes" to Question 2, please answer Question 3. If you answered "no," please proceed to page 3 of the verdict form.

3. Do you find that the plaintiffs, Advanced Technology Building Solutions, LLC, and Donald Hewitt, have proved by a preponderance of the evidence that the delay of funding caused the plaintiffs' damages?

    ___✓___ Yes              _____ No

If you answered "yes" to Question 3, please proceed to page 2 of the verdict form and answer Question 4. If you answered "no," please proceed to page 3 of the verdict form.

4. What do you determine to be the total amount of damages incurred by the plaintiffs?

    Total Compensatory Damages    $ _600,000.00_

After answering Question 4, please proceed to page 3 of the verdict form.

## FINALIZATION OF THE VERDICT

Please complete the following information:

Oct 2, 2014
Date                Signature of the Foreperson