IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADVANCED TECHNOLOGY BUILDING
SOLUTIONS, LLC, and DONALD HEWITT                                    PLAINTIFFS

v.                                                        CAUSE NO. 3:12CV389-LG-JCG

CITY OF JACKSON, MISSISSIPPI                                          DEFENDANT

## FINAL JUDGMENT

This action was tried by a jury with Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict.

It is ordered that the plaintiffs, Advanced Technology Building Solutions, LLC, and Donald Hewitt, recover from the defendant, the City of Jackson, Mississippi, the amount of $600,000.00 with interest at the rate of 0.1%, along with costs.

**SO ORDERED AND ADJUDGED** this the 2nd day of October, 2014.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge